

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

---

No. 07-21-00131-CV

---

GINGER LIGHT AND JAMES JUSTIN LIGHT, APPELLANTS

V.

MIKE THOMA, APPELLEE

---

On Appeal from the 99th District Court
Lubbock County, Texas
Trial Court No. 2021-543,251, Honorable J. Phillip Hays, Presiding

---

June 30, 2021

## MEMORANDUM OPINION

Before QUINN, C.J., and PARKER and DOSS, JJ.[1]

Appellants Ginger Light and James Justin Light filed a notice of appeal from the trial court's "Agreed Judgment in Garnishment" without paying the requisite filing fee. By letter of June 8, 2021, the clerk of this court notified appellants that the filing fee was overdue and that unless they were excused from paying court costs under Rule of Appellate Procedure 20.1, failure to pay the filing fee by June 18 would result in dismissal

---

[1] Justice Lawrence M. Doss, not participating.

of the appeal.  To date, appellants have not paid the filing fee or sought leave to proceed without payment of court costs.

Because appellants have failed to comply with a requirement of the appellate rules and a notice from the clerk requiring action within a specified time, we dismiss the appeal. *See* TEX. R. APP. P. 25.1(b), 42.3(c).


Per Curiam